IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID F. ROBINSON,<br>    Defendant. | CRIMINAL FILE NO.<br>1:18-CR-198-TWT |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 56] of the Magistrate Judge recommending dismissing the action without prejudice. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This Defendant's Motion to Vacate Sentence [Doc. 42] is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 21 day of July, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\18\18cr198\r&r.docx